IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN WHITENIGHT,                  :
                                   :
    Plaintiff                      :
                                   :
  v.                               :   CIVIL NO. 4:CV-16-1350
                                   :
LAUREL HARRY, ET AL.,              :   (Judge Brann)
                                   :
    Defendants                     :

## **ORDER**

October 19, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. Whitenight's motion for appointment of counsel (Doc. 4) is **DENIED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Any appeal from this Order will be deemed frivolous,

without probable cause and not taken in good faith.


BY THE COURT:


  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge